In the Matter of the Claim of LENA SUSSMAN and NATHAN O. SUSSMAN, as Administrator, etc., Appellants, against JOSEPH SILBERSCHULTZ and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent. — Decision unanimously affirmed. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of EDNA M. TYLER, Respondent, against THE BOY SCOUT FOUNDATION OF GREATER NEW YORK and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award affirmed, with costs to the State Industrial Board. Davis, Hill and Hasbrouck, JJ., concur; Van Kirk, P. J., and Whitmyer, J., dissent on the ground that it appeared that the deceased employee was engaged in new construction work, which was not covered by the policy.

In the Matter of the Claim of LOUIS BROWNSTEIN, Respondent, against AARON SHAPIRO and ISAAC RICHMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MARTHA YOUNG, Respondent, against GREELEY SQUARE HOTEL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOHN GERGELY, Respondent, against EDWARD R. WALSH & CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and claim remitted, to determine the claimant's earning capacity, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to support the finding of total disability. Van Kirk, P. J., Davis and Whitmyer, JJ., concur; Hill and Hasbrouck, JJ., dissent and vote for affirmance.

In the Matter of the Claim of WALTER E. DAUCH, Respondent, against JAMES & HAWKINS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of EUGENE SONNTAG, Respondent, against STEINWAY & SONS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis; Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of HERMAN HENRYS, Respondent, against DURA PAINTING AND DECORATING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.